PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8952
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| WESLEY RENE BEKKER EVANS,<br><br>    Plaintiff,<br><br>vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-00506-AC (SS)<br><br>STIPULATION FOR AN EXTENSION OF TIME; [~~PROPOSED~~] ORDER |

      With the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from September 26, 2022, up to and including October 26, 2022.  This is the parties' first request for an extension.  The Court requires good cause for modification of the briefing schedule (Dkt. 7 at 2).  Defendant respectfully requests that the Court find good cause for the following reasons.

      Plaintiff filed her brief on August 12, 2022 (Dkt. 11).  The undersigned counsel for Defendant was on paternity leave at that time and was only reassigned this matter for the

1  Commissioner on September 8, 2022 (Dkt. 12).  Along with this reassignment, the undersigned
2  counsel for Defendant has been responsible for preparing the Commissioner's merits response in
3  three other district court cases, negotiating and filing stipulations for attorneys' fees under the
4  Equal Access to Justice Act in two district court cases, and reviewing applications as part of the
5  Office of the General Counsel's ongoing recruitment efforts.  The undersigned counsel for
6  Defendant thus requires this extension of time to become fully acquainted with the instant case
7  and sufficiently assess the defensibility of the Commissioner's final decision at issue here.

8        This request is made in good faith and with no intention to unduly delay the proceedings,
9  and the undesigned counsel anticipate that no further extensions will be necessary.  The parties
10 further stipulate that the deadline for any reply by Plaintiff, if necessary, will be extended
11 accordingly.

Respectfully submitted,

Date: <u>September 22, 2022</u>　　　　　　　LAW OFFICES OF FRANCESCO BENAVIDES

By:　<u>/s/ Asim H. Modi for Francesco P. Benavides*</u>
　　　FRANCESCO P. BENAVIDES
　　　*Authorized by email on September 22, 2022*
　　　Attorneys for Plaintiff

Date: <u>September 22, 2022</u>　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　MATHEW W. PILE
　　　　　　　　　　　　　　　　　　　　Associate General Counsel
　　　　　　　　　　　　　　　　　　　　Social Security Administration

By:　<u>/s/ Asim H. Modi</u>
　　　ASIM H. MODI
　　　Special Assistant United States Attorney
　　　Attorneys for Defendant

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulation, and for good cause shown, IT IS SO ORDERED that Defendant shall have an extension of 30 days, to October 26, 2022, to file the Commissioner's responsive brief.

Dated: September 26, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE